# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert P. Grim, Jane C. Grim, Shannon : 
M. Crowe, Alexander G. Crowe, : 
Stephen J. Demchyk, Barbara K. : 
Demchyk, John C. Zima, Darrell L. : 
Browning, Diane Dudley, Kenneth P. : 
Franke, Anne H. Franke, Dean Haas, : 
Helen A. Wanamaker, Dwight S. : 
Wanamaker, and Laurel L. Burkhardt, : 
                Appellants : 
                 : 
          v. : 
                 : 
Maxatawny Township Board of : 
Supervisors, Duke Realty Limited : 
Partnership, Charles E. Wessner, : 
Carol J. Wessner, Cynthia K. Schlegel, : 
Pollyanna G. Hartman, Kathy Karpeuk, : 
Robert M. Skrip, Linda Skrip, Roy : 
Wessner, Dale Wessner, Jenni Reinhard, :   No. 1452 C.D. 2021
and Jeremy Reinhard : 

## O R D E R

AND NOW, this 1st day of June, 2023, the Application for Reargument En Banc by Appellee Duke Realty Limited Partnership Pursuant to Pa. R.A.P. 2541-2546 (Application) is GRANTED IN PART. This Court's Opinion filed April 6, 2023 is amended to delete footnote 12 on page 11. The Opinion is withdrawn and the attached amended Opinion is entered. The Court's April 6, 2023 Order is not affected by the amendment to the Opinion.

The Application is otherwise DENIED.

 

_____
CHRISTINE FIZZANO CANNON, Judge